FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

McKines
(Last Name)        (Identification Number)

Johnny                  Lee
(First Name)       (Middle Name)

FCRJ
(Institution)

SS Arena Dr Hattiesburg, Mss 39401
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 05 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

V.    CIVIL ACTION NUMBER: 2:22-cv-167-KS-MTP
(to be completed by the Court)

Forrest County Regional Jail

Sherriff Charlie Simms

Nurse Jason, C/o 28 New #31

Forrest County Jail Medical Staff

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)    No ( )

B. Are you presently incarcerated?
   Yes (✓)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes (✓)    No ( )

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )    No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Johnny Lee McKines   Prisoner Number: _____

Address: 55 Arena Dr. Hattiesburg Miss 39401

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: FCJ, Charlie Simms, Nurse Jason CO 28 or 31, FCRJ Medical is employed as 55 Arena Dr

at Hattiesburg Miss 39401

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Johnny Lee McKines   ADDRESS: 55 Arena Dr. Hattiesburg Miss 39401

DEFENDANT(S):

NAME:
Forrest County Jail
Sheriff Charlie Simms
Nurse Jason
CO 28 new # C/O 31
Forrest County Jail Medical Staff

ADDRESS:
55 Arena Dr Hattiesburg Miss 39401
55 Arena Dr Hattiesburg Miss 39401
55 Arena Dr Hattiesburg Miss 39401
55 Arena Dr Hattiesburg Miss 39401
55 Arena Dr Hattiesburg MS 39401

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A


CASE NUMBER 2.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

My Name is Johnny Lee McKines JR., My Birthday is October - twenty first (21rst) Nineteen Eighty four (1984) I'm Currently An Inmate @ the Forrest County Adult Detention Center, I've Been Here since October 6th 2022, In 2015, I Was Shot, Hospitolized And Had A Blood Transfusion, In 2018 I was Diagnosed with Plumtoranary Enorum Due to A Blood Clot in my Lungs, However I've Been Prescribed Blood Thinner Due To The Diagnose. Continue

Exhibit A + B

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Moneytary Damages, Punitive Damages, Emotional Distress, Mental Anguish, Pain & Suffering, Any Medical Bills Refrence of this Complaint, Suit for All Damages 7.5 Million, Each Defendant is Being Sued in their own Individual Capacity,

Signed this 22rd day of November, 20 22.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Johnny L. McKines
Signature of plaintiff