IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHNNY LEE McKINES, #197189　　　　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 2:22-CV-167-KS-MTP

SHERIFF CHARLIE SIMS, ET AL.　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation [55] of the United States Magistrate Judge entered herein on March 5, 2024, after referral of hearing by this Court. In the Report and Recommendation, Judge Parker recommended granting Defendants' Motions for Summary Judgment, *see* [48], [50], and dismissing Plaintiff's claims with prejudice. Plaintiff has failed to file objections to the Report and Recommendation within the time to do so, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation [55] should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint [1] is hereby dismissed with prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED, this the 26th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　/s/ Keith Starrett
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE